FILED

2007 MAY -9 AM 11: 07

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

In the District Court of the United States
For the Middle District of Florida
Tampa District Court

Ernest Enax )
    an individual,  per se )
 )
    plaintiff, )
 )
vs. )
 )
Steven Goldsmith, an individual, )
and )
Robert Budde, an individual, )
 )
defendants. )

No. 8:07-CV-00799-T-23 TGW

## Complaint under authority of 42 U.S.C. § 1983

### Statement of subject matter jurisdiction

1. This court has jurisdiction over the subject matter of this complaint under authority 42 U.S.C. § 1983, civil rights,  the Fourth, Fifth, Thirteenth and Fourteenth Amendment of the Constitution of the United States, the factual sufficiency of the complaint and the nexus of the respondent actors who conspired to impose a condition of involuntary servitude on Ernest Enax. They did in fact impose a condition of involuntary servitude on Ernest Enax.

### Statement of *in personam* jurisdiction

2. This court has *in personam* jurisdiction, subject to complaint service, over the respondents. As the respondents are to have committed acts violative of the Constitution of the United States within the geographic boundaries of the District Florida.



1

### Statement of venue

3. Venue is appropriate in the District of Florida as the wrongs complained of occurred in the District of Florida.

### Notice to the court

4. The Thirteenth Amendment to the Constitution provides *Section I.* Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party duly convicted, shall exist within the United State, or any place subject to their jurisdiction. *Section 2.* Congress shall have power to enforce this article by appropriate legislation.

5. The Fourteenth Amendment to the Constitution provides: Section 1, *...are citizens of the United States and of the state wherein they reside..."nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws".* Plaintiff never had a hearing and due process of law.

6. The 4th Amendment prohibition on unreasonable seizures.

Plaintiff contends that by stealthy encroachment the Defendant's seek to erase the Congressionally mandated requirement that warrants of distraint issue before the anyone may seize property. The Fourth Amendment to the United States Constitution requires:

> The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. United States Constitution, Bill of Rights, Article IV. (Emphasis added.)

2

It is the duty of courts to protect the people from stealthy encroachment on their rights. In violation of federal law, no warrants of distraint were issued in this case. No one made "Oath or affirmation" of probable cause concerning the alleged indebtedness.

7. The Fifth Amendment says "nor be deprived of life, liberty, or property, without due process of law.." Plaintiff has no due process of law.

8. Ernest Enax is a citizen in the State of Florida and Steven Goldsmith and Robert Budde violated Florida Statue **744.626 Exemption of benefits from claims of creditors.**--Except as provided by federal law, payments of benefits from the United States Department of Veterans Affairs or the Social Security Administration to or for the benefit of a disabled veteran or the veteran's surviving spouse or dependents are exempt from the claims of creditors and shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatever, either before or after the receipt of the payments by the guardian or the beneficiary.

### Theory of the case

9. Steven Goldsmith, and Robert Budde are members of a secret society, which operates outside the law, by stealth and fraud to via means of harassment and threats. Extorts money from any convenient target in order to take away up to 100% of the target's income by means of threat and intimidation thereby reducing the target to a condition of involuntary servitude.

3

### Notice to the court

10. Not only does the conduct of Steven Goldsmith, and Robert Budde,  violate

the Steven Goldsmith and Robert Budde, is criminal as provided at 18 U.S.C. § 241, to

wit:

```
     18 USC Sec. 241     01/19/04    TITLE 18 - CRIMES AND
CRIMINAL PROCEDURE PART I - CRIMES CHAPTER 13 - CIVIL RIGHTS
Sec. 241. Conspiracy against rights.   If two or more persons
conspire to injure, oppress, threaten, or intimidate any
person in any State, Territory, Commonwealth, Possession, or
District in the free exercise or enjoyment of any  right or
privilege secured to him by the Constitution or laws of  the
United States, or because of his having so exercised the same;
or,  If two or more persons go in disguise on the highway, or
on the premises of another, with intent to prevent or hinder
his free exercise or enjoyment of any right or privilege so
secured - They shall be fined under this title or imprisoned
not more than ten years, or both; and if death results from
the acts committed in violation of this section or if such
acts include kidnapping or an attempt to kidnap, aggravated
sexual abuse or an attempt to commit  aggravated sexual abuse,
or an attempt to kill, they shall be fined under this title or
imprisoned for any term of years or for life, or both, or may
be sentenced to death.
```

## MAIL FRAUD

*18 USC* Sec. *1341*
TITLE 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 63 - MAIL FRAUD
Sec. 1341. Frauds and swindles
-STATUTE-

Whoever, having devised or intending to devise any scheme or  artifice to defraud, or for

obtaining money or property by means of false or fraudulent pretenses, representations,

or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or

furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security,

or other article, or anything   represented to be or intimated or held out to be such

4

counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives there from, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

*18 USC* Sec. *1962*

TITLE 18 - CRIMES AND CRIMINAL PROCEDURE

PART I - CRIMES

CHAPTER 96 - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

Sec. 1962. Prohibited activities

-STATUTE-

(a) It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such

income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. A purchase of securities on the open market for purposes of investment, and without the intention of controlling or participating in the control of the issuer, or of assisting another to do so, shall not be unlawful under this subsection if the securities of the issuer held by the purchaser, the members of his immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount in the aggregate to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors of the issuer.

(b) It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.

(c) It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.

(d) It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section.

6

## Cause of action

Steven Goldsmith and Robert Budde, during or before February of 2007, from various locations including St. Petersburg, Florida, reduced Ernest Enax to a state of involuntary servitude, by using threat and intimidation to compel Ernest Enax's Social Security to take the "lions share" of Ernest Enax's income and send the money to them. The cohesive acts of Steven Goldsmith and Robert Budde violated the Thirteenth Amendment of the Constitution. Ernest Enax is the injured party having damages in fact. The *de facto* and *de jure* damages shall likely exceed one million dollars each unless abated.

## Conclusion and remedy sought

This Court has a duty to instruct the jury that Ernest Enax, as a person domiciled within the United States, has a Constitutionally reserved right to be lawfully employed in innocent and harmless labor as clearly and unambiguously stated at the Thirteenth Amendment of the Constitution of the United States as well as supporting legislation including such law as *Taft-Hartley* id. at 29 U.S.C. § 141 et seq.

A jury shall not determine that Ernest Enax has been duly convicted of a crime such as would abridge Ernest Enax's rights secured under the Thirteenth Amendment to the Constitution of the United States.

A jury shall determine that Steven Goldsmith and Robert Budde, acting purely by subterfuge and in contempt for Constitutional Law, conspired to impose a condition of involuntary servitude and did in fact impose a condition of involuntary servitude on Ernest Enax.

Whereas, these premises considered, it is necessary for this Court to protect the Constitutionally Reserved Rights of Ernest Enax and to amend the social ill of *de facto* slavery, this Court should find civil damages against Steven Goldsmith and Robert Budde, of one million dollars each or a sum more or less as a jury shall decide to send a clear message to all who scheme to enslave others that imposing a condition of involuntary servitude ended absolutely with the ratification of the Thirteenth Amendment and what the Amendment *says what it means and means what it says.*

This Court also has a nondiscretionary duty found at 18 U.S.C. §§ 4 & 3 to remand Steven Goldsmith and Robert Budde, to the United States Attorney for the District of Florida to conduct federal grand jury proceedings, in re: Steven Goldsmith and Robert Budde's violation of 18 U.S.C. § 241. Steven Goldsmith and Robert Budde's violation of 18 U.S.C. sec 1341 and 18 U.S.C. Sec 1962.

Ernest Enax imposes on this court to save him from slavery. This Court has a duty at 18 U.S.C sec. 4 and 3 (in that order) to assist in the prosecution of Steven Goldsmith and Robert Budde.

SEVENTH AMENDMENT JURY TRIAL DEMANDED.

WHEREFORE, Plaintiff request that this Honorable Court do grant the relief herein requested, grant fees, costs and out-of-pocket costs, and other appropriate relief.

Prepared and submitted by: _____          Date: 05/04/2007

Ernest Enax
6319 12th St North
St. Petersburg, Fl 33702
727 526 6745

## VERFICATION

Plaintiff hereby verifies that the information stated above is true and correct.

Date: _05/09/2007_

Ernest Enax, pro se

State of Florida
County of Pinellas

Sworn to before this _9_ day of May, 2007

Notary Public for Florida, expires _4-14-11_

**ANDREE IRWIN**
MY COMMISSION # DD 658555
EXPIRES: April 14, 2011
Bonded Thru Budget Notary Services

9

Certificate of mailing

I, Ernest Enax, certify that May ___, 2007, I mailed a true and correct copy of the above

complaint to:

Names and addresses:

Steven Goldsmith
9450 Koger Blvd
Room 206
St. Petersburg, Fl 33702

Robert Budde
Group Manager
IRS
3848 West Columbus Dr.
Tampa, Fl 33607

U. S. Attorney General
Dept. of Justice
Room 4400
950 Pennsylvania Ave N.W.
Washington, D.C. 20530

Internal Revenue Service
Department of the Treasury
1500 Pennsylvania Ave, N.W.
Washington, D.C. 20220

Civil Process Clerk
U.S. Attorney
400 N Tampa St
Tampa, Fl 33602

Ernest Enax, pro se

10